# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

NASHALY CORTES,           *
                          *
    Plaintiff,            *
                          *
                          *
                          *
    vs.                   *
                          *    NO.  1:26-CV-01988-RWL
                          *
COMMISSIONER OF SOCIAL    *
SECURITY,                 *
                          *
    Defendant.            *
                          *

To the Honorable Judge Lehrburger:

    Nashaly Cortes, Plaintiff in the above-captioned matter, by and through their undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through August 14, 2026, for Plaintiff to file their Brief.

    As such, the joint proposed schedule under Local Rule 4.1 is as follows: it is requested Plaintiff's memorandum would be due August 14, 2026.  It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on October 13, 2026.  Plaintiff's reply brief would be due on November 3, 2026. Attorney Jonathan King consents to this proposed schedule.

Granted.

SO ORDERED:

6/16/2026

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,
/s/ Ida M. Comerford
Ida M. Comerford, Esq.
*Attorney for Plaintiff*
Hiller Comerford Injury & Disability
6000 N. Bailey Avenue, Suite 1A
Amherst, New York 14226
icomerford@hillercomerford.com